# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,  SAMSUNG RESEARCH AMERICA, <br><br> Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:20-CV-00380-JRG |

## MOTION HEARING MINUTES
## HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
### January 7, 2021

**OPEN: 10:00 a.m.**                                                                                          **ADJOURN: 12:32 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Adrienne Dellinger |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 10:00 a.m. | Court opened.  Counsel announced ready for hearing.  The Court heard argument on the Emergency MOTION for Temporary Restraining Order filed by Ericsson Inc., Telefonaktiebolaget LM Ericsson (Dkt. No. 11).  Mr. Stevenson argued on behalf of Plaintiffs.  Mr. Arovas argued on behalf of Defendants. |
| 11:32 a.m. | Recess. |
| 11:46 a.m. | Court reconvened. |
| 12:32 p.m. | The Court took the matter under submission.  Court adjourned. |