# 01/07/2021, 09:00 AM
## 2:20-cv-00380-JRG
### Ericsson, Inc., et al v. Samsung Electronics Co., Ltd., et al
### Preliminary Injunction Hearing

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Adam Ahnhut | |
| Greg Arovas | Samsung |
| Melissa Smith | |
| Ed Donovan | Sung |
| Karthik Ravishankar | |
| Anthony Kahn | Samsung client rep |
| | |
| Ted Stevenson | Ericsson / Mahool |
| Sam Baxter | |
| Nick Mathews | |
| Robert Earle | Ericsson Client Rep |