# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. AND<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>AND SAMSUNG RESEARCH AMERICA,<br><br>　　　　　Defendants | **Civil Action No. 2:20-cv-380-JRG** |

## NOTICE OF FILING HEARING PRESENTATION

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America file the attached slides presented at the January 7, 2021, Preliminary Injunction Hearing.

| | |
|---|---|
| Dated: January 7, 2021 | Respectfully submitted,<br><br> */s/ Melissa R. Smith*<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>Gregory S. Arovas, P.C.<br>greg.arovas@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Edward C. Donovan, P.C.<br>edward.donovan@kirkland.com<br>F. Christopher Mizzo, P.C.<br>chris.mizzo@kirkland.com<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave. N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br><br>David Rokach<br>david.rokach@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60645<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Kevin Hardy<br>kevinhardy@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP1300 I Street N.W.<br>Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 |

2

Thomas D. Pease
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Paul Zeineddin
pzeineddin@axinn.com
AXINN, VELTROP & HARKRIDER LLP
950 F. Street, N.W.
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701

*Attorneys for Samsung Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 7, 2021.

    /s/ Melissa R. Smith