# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00380-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG RESEARCH AMERICA, | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiffs' Amended Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Defendants"). (Dkt. No. 33). In the Motion, the Defendants request an extension of the deadline for the Defendants to move, answer, or otherwise respond to Plaintiffs' Amended Complaint to March 2, 2021 because Samsung Electronics Co., Ltd., a foreign entity, has agreed to waive service under the Hague Convention.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Defendants to move, answer, or otherwise respond is **extended** to **March 2, 2021**.

**So ORDERED and SIGNED this 12th day of January, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE