IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. AND<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>PLAINTIFFS,<br><br>V.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>AND SAMSUNG RESEARCH AMERICA,<br><br>DEFENDANTS. | Civil Action No. 2:20-cv-380 |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America ("Samsung") respectfully requests that Thomas D. Pease of Quinn Emanuel Urquhart & Sullivan, LLP, be permitted to withdraw as counsel of record for Samsung. The granting of this motion imposes no delay and will not affect any deadlines in the case. Further, the clerk is requested to terminate all CM/ECF notifications as to Thomas D. Pease for this action. Counsel for Plaintiffs does not object to the filing of this Motion.

Dated: January 12, 2021

Respectfully submitted,
*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Gregory S. Arovas, P.C.
greg.arovas@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Edward C. Donovan, P.C.
edward.donovan@kirkland.com
F. Christopher Mizzo, P.C.
chris.mizzo@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

David Rokach
david.rokach@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60645
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Paul Zeineddin
pzeineddin@axinn.com
AXINN, VELTROP & HARKRIDER LLP
950 F. Street, N.W.
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701

*Attorneys for Samsung Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this January 12, 2021.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that Defendants have met and conferred with Plaintiffs regarding this Motion via electronic mail on January 12, 2021.  Plaintiffs have indicated that they do not oppose this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith