# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>PLAINTIFFS,<br><br>V.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA,<br><br>DEFENDANTS. | Civil Action No. 2:20-cv-380 |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Defendants' Unopposed Motion to Withdrawal Kevin Hardy as attorney of record in the above-captioned matter. The Court, having considered same, is of the opinion the motion should be GRANTED.