**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. AND<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>      **Plaintiff,**<br><br>    **vs.**<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>AND SAMSUNG RESEARCH AMERICA,<br><br>      **Defendants.** | Civil Action No.  2:20-cv-380-JRG |

## PLAINTIFFS' TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC. UNOPPOSED MOTION TO WITHDRAW ERIK FOUNTAIN AS COUNSEL

McKool Smith, P.C. ("McKool") respectfully moves to withdraw the appearance of Erik Fountain as counsel for Plaintiffs Telefonaktiebolaget LM Ericsson and Ericsson Inc. ("Ericsson") in the above-styled case. McKool has consulted with Defendants about this motion, and each consents to its filing. Other attorneys from McKool, including Sam Baxter, Jennifer Truelove, Theodore Stevenson, III, Nicholas Mathews, Christine Woodin, and Blake Bailey remain as counsel for Plaintiffs Ericsson in this matter.

Dated: January 13, 2021                              Respectfully submitted,

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Christine Woodin
Texas State Bar No. 24199951
California Bar No. 295023
cwoodin@mckoolsmith.com
**McKool Smith, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

Blake Bailey
Texas State Bar No. 24069329
bbailey@mckoolsmith.com
**McKool Smith, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (903) 923-9001

**ATTORNEYS FOR PLAINTIFFS**

**ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM
ERICSSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and therefore served on all counsel who have consented to electronic service on  January 13, 2021.

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 12, 2021 counsel for Plaintiffs conferred with counsel for Defendant and Defendant does not oppose this motion.

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III