# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG RESEARCH AMERICA, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:20-CV-00380-JRG |

## ORDER

The Court issues this Order *sua sponte*. The Court hereby expedites Defendant Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Research America's (collectively, "Samsung") response to Ericsson's Motion for Special Case Management Conference (Dkt. No. 59). Samsung is **ORDERED** to file any responsive brief in opposition to Ericsson's Motion for Special Case Management Conference (Dkt. No. 59) by or before **March 3, 2021**.

**So ORDERED and SIGNED this 23rd day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE