**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ERICSSON INC.,<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON, | § <br> § <br> § <br> § <br> § | |
| *Plaintiffs*, | § <br> § <br> § | |
| v. | § <br> § <br> § | CIVIL ACTION NO.  2:20-CV-00380-JRG |
| SAMSUNG   ELECTRONICS   CO.,   LTD.,<br>SAMSUNG   ELECTRONICS   AMERICA,<br>INC.,  SAMSUNG  RESEARCH  AMERICA, | § <br> § <br> § <br> § | |
| *Defendants*. | § <br> § | |

## <u>ORDER</u>

Before the Court is Ericsson's Motion for Special Case Management Conference (the "Motion") filed by Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson"). (Dkt. No. 59). In the Motion, Ericsson requested that this Court set the above-captioned case for scheduling and order the parties to submit proposed case schedules on March 8, 2021 prior to scheduling. (*Id.* at 1). Defendant Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") filed a Response to the Motion opposing Ericsson's request that the parties submit proposed case schedules on March 8, 2021 prior to scheduling, but not opposing Ericsson's request for this Court to set the above-captioned case for scheduling. (Dkt. No. 60).

Having considered the Motion and Response, the Court finds that the Motion should be and hereby is **GRANTED-IN-PART** and **DENIED-IN-PART**. Accordingly, the above-captioned case is **SET** for the patent scheduling conference at **9:00 a.m. on March 12, 2021**. The above-

captioned case will proceed according to, and the parties are to conduct themselves in accordance with, the Court's typical practice and local rules.

**So ORDERED and SIGNED this 25th day of February, 2021.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE