MATHIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA,<br><br>　　　　Defendants. | Civil Action No.  2:20-cv-380-JRG |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(A)(2)**

　　Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Plaintiffs" or "Ericsson") and Defendants Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Research America (together, "Defendants" or "Samsung") hereby submit this motion and provide notice to the Court pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Court's Standing Order Regarding Dismissal Papers In Connection With Settlement. Samsung and Ericsson agree to the dismissal with prejudice of all of Ericsson's patent infringement claims, to the dismissal with prejudice of all of Samsung's patent infringement counterclaims, and to the dismissal without prejudice of all other claims and counterclaims.  Samsung and Ericsson will each bear their own costs, expenses, and legal fees.

1

| | |
|---|---|
| Dated: June 10, 2021. | **MCKOOL SMITH, P.C.** |

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Christine Woodin
Texas State Bar No. 24199951
California Bar No. 295023
cwoodin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

Blake Bailey
Texas State Bar No. 24069329
bbailey@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (903) 923-9001
Nicholas Matich IV,
District of Columbia State Bar No. 102497

                                **MCKOOL SMITH, P.C.**
                                1717 K Street, NW Suite 900
                                Washington, DC 20006
                                Telephone: (202) 221-6267

                                **ATTORNEYS FOR PLAINTIFFS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON**

*/s/ Melissa Richards Smith*
Melissa Richards Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

Gregory S. Arovas, P.C.
greg.arovas@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Edward C. Donovan, P.C.
edward.donovan@kirkland.com
F. Christopher Mizzo, P.C.
chris.mizzo@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

David Rokach, P.C.
david.rokach@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60645
Telephone: (312) 862-2000
Facsimile: (202) 862-2200

**Attorneys for Samsung Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 10, 2021.

*/s/ Nicholas Mathews*
Nicholas Mathews

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rules CV-7(h) and (i), counsel for Plaintiff Ericsson conferred with counsel for Defendant Samsung regarding the foregoing motion is unopposed.

*/s/ Nicholas Mathews*
Nicholas Mathews
