# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>**Plaintiffs,**<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG RESEARCH AMERICA,<br><br>**Defendants.** | Civil Action No.  2:20-cv-380-JRG |

## ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO RULE 41(A)(2)

Before the Court is Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Plaintiffs" or "Ericsson") and Defendants Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Research America (together, "Defendants" or "Samsung") Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having considered the Motion, and good cause having been shown, hereby **ORDERS** that the Motion is **GRANTED**.

It is therefore ORDERED that all of Ericsson's patent infringement claims are dismissed with prejudice and all of Samsung's patent infringement counterclaims are dismissed with prejudice.

It is further ORDERED that all other claims and counterclaims are hereby dismissed without prejudice.

It is further ORDERED that Samsung and Ericsson will each bear their own attorneys' fees, costs of court and expenses.