IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00380-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG RESEARCH AMERICA, | § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion") (Dkt. No. 109). In the Motion, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") and Defendants Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") notify the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), that Samsung and Ericsson agree to the dismissal with prejudice of all of Ericsson's patent infringement claims, to the dismissal with prejudice of all of Samsung's patent infringement counterclaims, and to the dismissal without prejudice of all other claims and counterclaims.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all of Ericsson's patent infringement claims and all of Samsung's patent infringement counterclaims in the above-captioned matter are **DISMISSED WITH PREJUDICE**. All other claims and counterclaims in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE**. All other pending motions in the above-captioned matter are hereby **DENIED AS**

**MOOT**.  Each party is to bear its own costs and expenses relating to this litigation (including attorneys' and expert fees and expenses). The Clerk of Court is directed to **CLOSE** the above-captioned action.

**So ORDERED and SIGNED this 11th day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE